NO. 8164                              STATE OF LOUISIANA

STATE, EX RELL KARL HANSEN
                                      COURT OF APPEAL
          VS

E. W. ULLRICH GLASS CO, INC.          PARISH OF ORLEANS.

———————————————————————             8164

8164

# OPINION.

St. Paul, Judge.

Relator sued out a mandamus to compel respondent to issue to him a certificate of stock of the alleged value of $100, and had judgment accordingly; from which judgment respondent took a suspensive appeal on a bond for $100.

Relator moved to dismiss, on the ground that the amount in controversy does not exceed $100. Whereupon # appellant undertook to show by affidavit that the value of the stock exceeded $100; to which the appellee responded by counter-affidavit denying that the stock was worth more than its par value.

The appeal must be dismissed. The action and judgment therein, whatever their form, were essentially an action for the recovery of movable property and a judgment for the delivery thereof.

But by the plain terms of C. P. 576, appellant in order to suspend such a judgment should have furnished security for one and one half times the value of the property; and presumably this is what appellant meant to do when it sought and obtained a suspensive appeal on a bond for only $100, thus fixing the value of the stock at less than that amount.

Accordingly appellant cannot now shift its ground
so as to claim that the value actually exceeds the amount
of that bond, especially in the face of the counter
affidavit of the appellee. The amount of the bond is
corroborative of the counter-affidavit.

The appeal is therefore dismissed.